Daniel,, J.
 

 If the property had been land, and Joseph Richards had devised it to his daughter Elizabeth Coon for life,
 
 “
 
 at the end of which, to the only heirs of her
 
 *219
 
 body, this to the aforementioned, to them and their heirs,” it would in law have been an immediate estate tail, vested in Elizabeth Coon. In looking over the whole will, there is not a word in it, to indicate that the testator intended “
 
 children,”
 
 when-he used the words, '■ heirs of the body of Elizabeth Coon.” These words, must therefore, have their legal effect, and in as much as they would have created an estate tail in Mrs. Coon, if the subject matter had been land, they in law create in her an absolute estate in Riah, she, Riah, being personal property. The two cases cited by the plaintiff's counsel, are we think in point for him.
 

 The judgment of nonsuit must be set aside, and a new trial granted.
 

 Pjee Cuiuaiu. Ordered accordingly.